## 13720. SCARLETT *v.* WRIGHT.

The discretion of the trial judge in granting a new trial will not be controlled by this court under the evidence in this case.

DECIDED FEBRUARY 9, 1923.

Action on bond; from city court of Waycross — Judge Crawley. December 5, 1921.

*Blalock & Redding,* for plaintiff in error.

*John J. Moore,* contra.

BELL, J. This action was against a surety of the plaintiff's husband upon a ne exeat bond. A verdict was returned in favor of the defendant. Thereafter the court granted the motion of the plaintiff for a new trial, and to this judgment the defend-

ant excepted. There was some evidence tending to show a breach of the bond, and it follows that the trial judge had a discretion in granting or refusing the motion; and the exercise of that discretion in favor of the movant is not, under the law, to be controlled by this court.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*